UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-12985 |
| | ) | |
| DIVERSIFIED ASSEMBLY | ) | Chapter:  7 |
| TECHNOLOGIES CORP. | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | DuPage |
| Debtor(s) | ) | |

## ORDER AUTHORIZING ANBANDONMENT OF CERTAIN ASSETS

THIS CAUSE COMING TO BE HEARD on the Motion of Brenda Porter Helms, Trustee, to abandon assets of this estate, an objection to the proposed abandonment having been filed by creditors C&C Power, Inc. and Upower Supplies, LLC, and the Court having considered the Motion and the Objection, and being further advised that C&C Power, Inc. and Upower Supplies, LLC, have no objection to the entry of this Order; now therefore, it is hereby

ORDERED that Trustee be, and she hereby is, authorized to abandon all of the physical assets (including, but not limited to, equipment, machinery, furniture and fixtures) on-site at Debtor's former business premises in Necedah, Wisconsin, with the exception of the computers, servers and books and records located at the premises aforesaid, all without further order of this Court. For the avoidance of doubt, no assets other than those identified in this Order are abandoned at this time, and all assets not specifically abandoned pursuant to this Order shall remain property of the estate until further Order of this Court.

Enter:

_Janet S. Baer_

United States Bankruptcy Judge

Dated: 2/28/19

**Prepared by:**
David R. Brown
SPRINGER BROWN, LLC
Wheaton Office Center
300 S. County Farm Road, Ste. I
Wheaton, IL 60187
(630)510-0000
dbrown@springerbrown.com